RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Christopher Rex

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER REX,<br><br>Defendant. | Case No. 3:07-cr-00101-RCJ-CLB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Richard B. Casper, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Christopher Rex, that the Revocation Hearing currently scheduled on February 8, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. To allow parties to continue to attempt to negotiate and to discuss potential resolutions with the Department of Probation.

2. Defense counsel had a minor surgery and was out most of last week and needs time to discuss a possible resolution with Mr. Rex.

3. At this time, Mr. Rex has not waived his right to appear in person.

4. The defendant is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2nd day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Richard B. Casper<br>RICHARD B. CASPER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER REX,<br><br>    Defendant. | Case No. 3:07-cr-00101-RCJ-CLB<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 8, 2022 at 12:00 p.m., be vacated and continued to Wednesday, 3/2/2022 at the hour of 12:00 p.m. before Judge Robert C. Jones.

    DATED this 3rd day of February, 2022.

                                                       */s/ R. Jones*

                                              UNITED STATES DISTRICT JUDGE